UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICOL APRUZZESE,

            Plaintiff,

-against-

LOUIS VUITTON NORTH AMERICA, INC., 73 WEST LLC, and PEARL REALTY MANAGEMENT LLC,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/4/2023_

23 Civ. 1458 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 28, 2023, the Court directed the parties to submit a joint letter and proposed case management plan by May 1, 2023. ECF No. 6. On April 27, 2023, the parties filed a joint letter. ECF No. 16. Although the parties' letter stated that a proposed case management plan was attached to the letter, no such filing was included. *See id.* Accordingly, by **May 10, 2023**, the parties shall file their proposed case management plan.

    SO ORDERED.

Dated: May 4, 2023
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge