USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MICOL APRUZZESE,

                     Plaintiff,                                 23-CV-01458 (AT)(SN)

     -against-                                           **ORDER**

LOUIS VUITTON NORTH AMERICA, INC., et al.,

                     Defendants.
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The parties filed a letter on September 5, 2023, raising numerous disputes.

      With respect to the issues related to Plaintiff's examination by one or more defense experts, Plaintiff is directed immediately to provide at least three dates between now and October 13, 2023, when Plaintiff can be examined in New York. The parties may also mutually agree to extend that deadline; but absent agreement, Plaintiff must comply with the Court's order.

      With respect to the issues related to scheduling depositions, the Court will address this and other discovery disputes at a conference scheduled for Thursday, September 14, 2023, at 10:00 a.m. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. By Tuesday, September 12, 2023, each party shall file a letter not to exceed three pages setting forth the discovery disputes. The party shall also provide copies of the challenged discovery demands.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     September 6, 2023
               New York, New York