UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICOL APRUZZESE,

                              **Plaintiff,**                      23-CV-01458 (AT)(SN)

          -against-                                  **ORDER**

LOUIS VUITTON NORTH AMERICA, INC., et al.,

                              **Defendants.**
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties attended a conference with the Court on September 14, 2023, to discuss several discovery disputes.

       Defendants' objections to Plaintiff's First Request for Production of Documents are OVERRULED to the extent that Defendants seek to limit the production of relevant and responsive documents to only Plaintiff's incident. Defendants are directed to provide responsive documents within 14 days.

       Defendants' objections to Plaintiff's Interrogatories are SUSTAINED with leave for Plaintiff to renew the interrogatories, if necessary, toward the conclusion of discovery.

       The deadline to complete fact discovery is extended to December 1, 2023.

       As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov to schedule a settlement conference for a time when they believe it would be productive. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not

anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

The Clerk of the Court is respectfully directed to terminate the gavel at ECF No. 61.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 14, 2023
         New York, New York