```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICOL APRUZZESE,

       Plaintiff,       23-CV-01458 (AT)(SN)

  -against-           ORDER

LOUIS VUITTON NORTH AMERICA, INC., et al.,

       Defendants.
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  In light of the parties' filings addressing Plaintiff's discovery requests, the parties are directed to meet and confer to discuss any outstanding discovery issues. See ECF Nos. 81, 83-85. The parties are further directed to file a joint status report by 1:00 p.m. on November 1, 2023, notifying the Court whether a conference scheduled for November 1, 2023, at 4:00 p.m. will be productive.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:  October 31, 2023
      New York, New York