UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICOL APRUZZESE,

                                  Plaintiff,

-against-

LOUIS VUITTON NORTH AMERICA,
INC., et al.,

                                  Defendants,
-----------------------------------------------------------------X

LOUIS VUITTON NORTH AMERICA, INC.,

                                  Third-Party Plaintiff,

-against-

KARLA OTTO INC, trading as "K2",

                                  Third-Party Defendant,
-----------------------------------------------------------------X

KARLA OTTO INC, trading as "K2",

                                  Second Third-Party Plaintiff,

-against-

MARLYN PRODUCTION, INC., et al.,

                                  Second Third-Party Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2023

23-CV-01458 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared for a telephone conference on November 1, 2023, to discuss various discovery disputes raised by the Plaintiff. See ECF No. 81.

**Fact Discovery.** The depositions set forth in the November 1, 2023 letter are to proceed as proposed by the parties. See ECF No. 88. All fact discovery for the original claims and first third-party claims shall be completed by Tuesday, January 2, 2024. All fact discovery for the second third-party claims shall be completed by Wednesday, January 31, 2024. Defendant LVNA shall provide Plaintiff with a privilege log pursuant to Rule 26(b)(5) by Friday, November 10, 2023. The parties are ordered to meet and confer and exchange all previously produced discovery with the Second Third-Party Defendants, including medical records, as soon as possible.

**Expert Evidence.** By November 22, 2023, Second Third-Party Defendant Creative Technology Group Inc. shall file a letter informing the Court whether it intends to seek an Independent Medical Evaluation (IME) of the Plaintiff. In advance of this deadline, the parties are ordered to meet and confer on whether (1) Creative Technology Group can rely on the previous examination of Plaintiff, (2) Plaintiff reasonably anticipates a future surgery, and (3) Plaintiff intends to be in New York in the next four months. Any response to this letter shall be filed by November 29, 2023.

Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, for all claims shall be made by Friday, February 16, 2024. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by Friday, March 15, 2024. All expert discovery shall be completed by Tuesday, April 30, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 2, 2023
         New York, New York