USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/2/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICOL APRUZZESE,

                Plaintiffs,

-against-

LOUIS VUITTON NORTH AMERICA, INC., 73 WEST LLC, and PEARL REALTY MANAGEMENT LLC,

                Defendants.

23 Civ. 1458 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Case Management Conference scheduled for January 9, 2024, is ADJOURNED to **February 27, 2024**, at **11:00 a.m.** The parties are reminded that pre-motion letters for summary judgment are due within fourteen days of the close of fact discovery. ECF No. 21 ¶ 16.

    SO ORDERED.

Dated: November 2, 2023
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge