```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICOL APRUZZESE,

                                **Plaintiff,**

        -against-

LOUIS VUITTON NORTH AMERICA, INC., et al.,

                               **Defendants.**
------------------------------------------------------------------X

23-CV-01458 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The settlement conference scheduled for Monday, November 20, 2023, at 2:00 p.m. will be held telephonically. The Court will provide dial-in information in advance of the conference.

    The Clerk of the Court is respectfully directed to terminate the gavel at ECF No. 97, ECF No. 100, and ECF No. 103.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 14, 2023
               New York, New York